AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) |
| Garth Nathaniel Walton | ) Case: 1:24-mj-00219 |
| DOB: XXXXXX | ) Assigned to: Judge Upadhyaya, Moxila A. |
| | ) Assign Date: 7/10/2024 |
| | ) Description: COMPLAINT W/ ARREST WARRANT |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of _____January 6, 2021_____ in the county of _____ in the _____ in the District of ___Columbia___, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1752(a)(1) | Entering and Remaining in a Restricted Building or Grounds, |
| 18 U.S.C. § 1752(a)(2) | Disorderly or Disruptive Conducted in a Restricted Building or Grounds, |
| 18 U.S.C. § 1752(a)(4) | Engaging in Physical Violence in a Restricted Building or Grounds, |
| 40 U.S.C. § 5104(e)(2)(D) | Disorderly or Disruptive Conduct in the Capitol Grounds or Buildings, |
| 40 U.S.C. § 5104(e)(2)(F) | Act of Physical Violence in the Capitol Grounds or Buildings, |
| 18 U.S.C. § 111(a)(1) | Assaulting, Resisting, or Impeding Certain Officers, |
| 18 U.S.C. § 231(a)(3) | Obstruction of Law Enforcement during Civil Disorder. |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

_____
Complainant's signature

_____
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: ___07/10/2024___   _____
Judge's signature

City and state: ___Washington, D.C.___   Moxila A. Upadhyaya, U.S. Magistrate Judge
Printed name and title